# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB GOLDSTEIN,** an individual, | **Case No.:** 16-CV-06313-SVW-JPR |
| Plaintiff, | **ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND ENTIRE CASE** |
| v. | |
| **AMERICAN EXPRESS COMPANY; and EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| Defendants. | |

Having considered the Parties' stipulation requesting dismissal as to Defendant, Experian Information Solutions, Inc., and the entire case, and good cause having been shown:

///

///

///

## ORDER

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed in its entirety with prejudice and with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  April 3, 2017

_____
Hon. Judge Stephen V. Wilson